Floyd L. CROWDER, individually and doing business as Crowder & Son, Appellant,

v.

UNITED STATES of America, Appellee.

No. 19798.

United States Court of Appeals Ninth Circuit.

March 10, 1966.

Richard A. Case, Sacramento, Cal., for appellant.

John W. Douglas, Asst. Atty. Gen., Civil Div., Dept. of Justice, David L. Rose, J. F. Bishop, Attys., Dept. of Justice, Washington, D. C., Cecil F. Poole, U. S. Atty., San Francisco, Cal., for appellee.

Before MERRILL, KOELSCH and DUNIWAY, Circuit Judges.

PER CURIAM:

Judgment affirmed for the reasons set forth in the District Court's memorandum and order, 255 F.Supp. 873.

UNITED STATES of America, Appellee,

v.

Amado Duran CAMPOS, Defendant-Appellant.

No. 468, Docket 30616.

United States Court of Appeals Second Circuit.

Argued June 24, 1966.

Decided July 13, 1966.

Certiorari Denied Oct. 10, 1966.

See 87 S.Ct. 95.

Joseph I. Stone, New York City (Stone & Diller, New York City, on the brief), for appellant.

Roger J. Hawke, Asst. U. S. Atty. (Robert M. Morgenthau, U. S. Atty. for Southern District of New York, New York City), for appellee.

Before MOORE, FRIENDLY and FEINBERG, Circuit Judges.

PER CURIAM:

Appellant's sole point on this appeal from a narcotics conviction is that the District Court, Harold R. Tyler, Judge, erred in denying appellant's motion to suppress evidence obtained from a suitcase appellant was carrying at the time of his arrest. We affirm on the basis of Judge Tyler's opinion below. 255 F. Supp. 853 (S.D.N.Y.1966).